**DISMISS; and Opinion Filed February 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00085-CR
No. 05-19-00086-CR
No. 05-19-00087-CR

**DONNELL SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56046-I, F17-56047-I & F17-56048-I**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

Donnell Sledge appeals his convictions for unlawful possession of a firearm by a felon,

manufacture or delivery of 4 grams or more but less than 200 grams of cocaine, and manufacture

or delivery of 4 grams or more but less than 200 grams of heroin. After reviewing appellant's

January 15, 2019 notices of appeal, we questioned whether we had jurisdiction and asked the

parties to file letter briefs addressing the issue. One week later, the clerk's records were filed.

The clerk's records show appellant was convicted of all three offenses on July 20, 2018.

Five days later, appellant filed motions for new trial that the trial court granted. If a trial court

grants a motion for new trial, it restores the case to its position before the former trial. *See* TEX.

R. APP. P. 21.9. Because the trial court granted appellant's motions for new trial, there are no

convictions to be appealed. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, we dismiss these appeals for want of jurisdiction.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190085F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONNELL SLEDGE, Appellant

No. 05-19-00085-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F17-56046-I.
Opinion delivered by Justice Molberg,
Justices Whitehill and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 6th day of February, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DONNELL SLEDGE, Appellant

No. 05-19-00086-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F17-56047-I.
Opinion delivered by Justice Molberg, Justices Whitehill and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 6th day of February, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONNELL SLEDGE, Appellant

No. 05-19-00087-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F17-56048-I.
Opinion delivered by Justice Molberg, Justices Whitehill and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 6th day of February, 2019.